```
                                            FILED
                                      U.S. DISTRICT COURT
                                        SAVANNAH DIV.
        IN THE UNITED STATES DISTRICT COURT FOR
           THE SOUTHERN DISTRICT OF GEORGIA   2012 SEP 28  PM 2:29
                  SAVANNAH DIVISION
                                            CLERK_____
                                             SO. DIST. OF GA.
```

BERNICE NEAL,  )
  )
    Plaintiff,  )
  )
v.  )
  )  CASE NO. CV412-217
JAMES T. DOWLING,  )
  )
    Defendant.  )
  )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. Plaintiff's claims are properly brought in state court, as this Court lacks the power to adjudicate this case. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of September 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA