FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 SEP 28 PM 2:29

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BERNICE NEAL, )
)
    Plaintiff, )
)
v. )
) CASE NO. CV412-217
JAMES T. DOWLING, )
)
    Defendant. )
)

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. Plaintiff's claims are properly brought in state court, as this Court lacks the power to adjudicate this case. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of September 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA